

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-20-00045-CV &
06-20-00065-CV

CHONGQING HUANSONG INDUSTRIES GROUP IMP. & EXP. TRADE CO., LTD. AND
CHONGQING HUANSONG INDUSTRIES (GROUP) CO., LTD., Appellants

V.

DESIREE SWANSON, ET AL., Appellees

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 190153

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Desiree Swanson, LLC, and Fun Motors of Longview, Inc., appellees, have filed a motion to consolidate the appeals in the above-numbered proceedings. We overrule the motion insofar as consolidating the appeals is concerned.

In the interest of judicial economy, however, we permit the record in cause number 06-20-00045-CV to be used in conjunction with cause number 06-20-00065-CV. We further grant that portion of the motion requesting that new deadlines for filing the record and the briefing be entered. All filing deadlines in cause number 06-20-00065-CV shall apply to both appeals and both cases shall be briefed together.

IT IS SO ORDERED.

BY THE COURT

Date: September 15, 2020